```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

ROBERT BARD,

           Plaintiff,

- against -

OMABUILD CORPORATION, ET AL.,

           Defendants.

―――――――――――――――――――――――――――

25-cv-2364 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by June 18, 2025.

SO ORDERED.

Dated:   New York, New York
         June 4, 2025

                                       /s/ John G. Koeltl
                                    John G. Koeltl
                             United States District Judge