# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

December 19, 2025

Via ECF

The Honorable John G. Koeltl
United States District Judge
Southern District of New York

**Re:**   *Robert Bard v. Omabuild Corporation and Sixty Hospitality LLC*

**Docket No. 1:25-cv-02364 (JGK) (SDA)**

Dear Judge Koeltl:

We represent the plaintiff in the above-entitled action. On behalf of all parties, we write to respectfully ask the Court to extend the deadline for an application to restore this action to the calendar from December 24, 2025 to February 13, 2026. The reason for this request is because the parties are still working on finalizing the settlement agreement and require the additional time to finalize the settlement agreement and fulfill the condition precedent for the filing of a stipulation of dismissal. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

12/19/25